UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CARLA UNDERWOOD,

    Plaintiff,

v.

DYNAMIC SECURITY, INC., and
IAN CONROY,

    Defendants.
_____/

Case Number 18-00017
Honorable David M. Lawson

## ORDER OF DISMISSAL

On November 20, 2020, the parties notified the Court that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the amended complaint (ECF No. 58) is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before December 21, 2020**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge
                                              Sitting by special designation

Date: November 20, 2020